Michael Nelson
#13081393
North Tower 2wl 17
P.O. Box 660334
Dallas, Texas 75266

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2014 MAR 26  AM 10: 57
DEPUTY CLERK  P. Allen

Allowing Activity of Obstruction of Justice
It not Apart of It and = Terrorism at it's Best, within the House Gov but not white House Gov but Rather if Government Acts as though I've murdered or did something Terrible. I need to Government Righteously and state our Constitution Through our GOD almighty and = we the People are the Aborigines of nations.

United States District Court
OFFICE of The Clerk
Northern District of Texas
1100 Commerce St. Room 1455
Dallas, Texas 75242-1495

I will settle 135.5 And A Job, U.S. Congress BOSMAN Nelson-Dotson Jr. OR To Purchase this Home At 4939 Manson Court, Dallas, TX 75229 Me and All My Children, we deserve it!!!

Abigal Arrestins officers Cell phone Records please

Complaint # 4
Re: Constitutional violation of Article 1 Section 8
Complaint on Eddie Bernice Johnson " we THE PEOPLE"
and John Wiley Price, because I'm not considered your constituent I'm a U.S. Citizen/Texan

I have been violated not by a racial opposer but by my own kind and it's been closer to home than I've thought. Ms Eddie Bernice Johnson and John Wiley price has ventured and Governed our neighborhoods of oakcliff and south Dallas for years and the same Government influences has torn our communities apart, its time for Justice to be served amongst the right individuals, our Commissioner and one of our Congress members, I'm not Jealous nor upset, but right is justice and wrongdoing for personal reasons is unjustifiable in court and within the law and both are under oath and both manipulates the law. The Preamble to our Constitution states that "We the People of the United States of America," Texas and Me", in order to form a more perfect Union, establish Justice, insure Domestic Tranquility, provide for the common Defense, promote the General Welfare and secure the blessings of Liberty to ourselves and our prosterity do ordain and Establish this Constitution for the United States of America. My Request for protection under this Article shouldn't go unclaimed nor voided, there are 10 lives at stake here and I will not allow them to take my life from me the little life that I have left. In Relief I pray that no repression whatsoever be brought against me and in violating my rights

YR

**DEFENDANT** Nelson, Micheal    B M 06011983   **CHARGE** ATTEMPT INJURY ~~or Assault?~~
DISABLED/2ND

**AKA:**

**ADDRESS** 8613 Old Hickory Trl, Dallas, Tx    **LOCATION** DSO

**FILING AGENCY** TXDPD0000  **DATE FILED** December 31, 2013    **COURT** JDC195

**COMPLAINANT** Nelson, Jacqueline    F-1372518    **VT#:**

**C/C**

**Testifying Witnesses:**

## TRUE BILL INDICTMENT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS: The Grand Jury of Dallas County, State of Texas, duly organized at the ___January___ Term, A.D., __2014__ of the ___195th Judicial District Court___, Dallas County, in said Court at said Term, do present that one    NELSON, MICHEAL    , Defendant, On or about the   29th   day of November A.D., 2013   in the County of Dallas and said State, did unlawfully then and there, with specific intent to commit the offense of INJURY DISABLED, do an act, to-wit: attempt to UNLAWFULLY THEN AND THERE INTENTIONALLY AND KNOWINGLY CAUSE BODILY INJURY TO JACQUELINE NELSON, A DISABLED INDIVIDUAL, HEREINAFTER CALLED COMPLAINANT, BY INTENTIONALLY AND KNOWINGLY STRIKING AT COMPLAINANT WITH DEFENDANT'S HAND; said act amounting to more than mere preparation that tended but failed to effect the commission of the offense intended,

And it is further presented to said Court that prior to the commission of the offense or offenses set out above, the defendant was finally convicted of the felony offense of AGGRAVATED ASSAULT WITH A DEADLY WEAPON, in the 282ND JUDICIAL DISTRICT COURT of Dallas County, Texas, in Cause Number F0453627, on the 8TH day of JULY, 2005, ~~2004~~

FILED
14 JAN 15 AM 10:48
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO., TEXAS
_____ DEPUTY

*[handwritten: Frivolous Activity waisting Tax payers money]*

against the peace and dignity of the State.

___CRAIG WATKINS___
Criminal District Attorney of Dallas County, Texas

___[signature]___
Foreman of the Grand Jury.

COURT

*[handwritten margin notes, right side, top to bottom:]*

Attempt or assault, either you hit or you put A person or you didn't. Assault you actually struck a person, neither happened in this case, where...

I would love to show our U.S. Government Dallas' business and Government of the people at its best. I can go to detail

Sen. Royce West, ~~popie mayor~~ Ron Kirk Helen Giddings, Chief Bolton, Officer Blablo, Officer Ford, Officer Nelson, Superman, C-law and a bunch more officers and the ... throughout ...a because he...

Michael Nelson
#13081393
North Tower 2w L17
P.O. Box 660334
Dallas, Texas 75266



United States District Court
OFFICE OF THE CLERK
Northern District of Texas
1100 Commerce - Room 1452
Dallas, Texas 75242 1495